**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| In re: | ) )  Chapter 11 |
| CENTRAL FALLS DETENTION FACILITY CORPORATION, d/b/a Donald W. Wyatt Detention Facility | ) )  Case No. 26-_____ ) ) |
| Debtor.[1] | ) ) ) |

### DEBTOR'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Central Falls Detention Facility Corporation (d/b/a Donald W. Wyatt Detention Facility), as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor" or "CFDFC"), hereby submits this motion (this "Motion") seeking leave of court to file a motion in excess of the twenty (20) page limitation permitted in Local Rule 9013-1(b) (the "Page Limit"). In support of this Motion, the Debtor respectfully states as follows:

1.      On July 10, 2026, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") in this Court. The Debtor continues to operate and maintain its non-profit detention facility and manage its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this Chapter 11 Case, and no committees have been appointed or designated.

2.      Contemporaneously herewith, the Debtor filed its *Motion for Entry of an Order (I) Approving Disclosure Statement; (II) Establishing Voting Record Date, Voting Deadline, and Other Dates; (III) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on*

---

[1]      The last four digits of the Debtor's federal employer identification number are 5439. The address of the Debtor is 950 High Street, Central Falls, RI 02863.

*Chapter 11 Plan and for Filing Objections to Chapter 11 Plan; (IV) Approving Form, Manner, and Sufficiency of Notice and Other Related Documents; (V) Approving Notice and Objection Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief*, filed contemporaneously herewith (the "Solicitation Motion").

3.     Local Rule 9013-1(b) imposes the Page Limit unless leave of Court is obtained to exceed it.  The Debtor requires additional pages for the Solicitation Motion because, despite the Debtor's good faith effort to comply with the Page Limit, additional pages are necessary to fully and completely describe and request Court approval of the relief required to permit the Debtor to solicit acceptances or rejections of the Debtor's plan of reorganization and provide adequate notice thereof to all parties in interest.  The Court may act on this Motion without a hearing pursuant to Local Rule 9013-2(a)(2)(B) because this Motion is non-adversarial and of a routine nature.

## Motion Practice

4.     This Motion includes citations to the applicable rules and statutory authorities upon which the relief requested herein is predicated, and a discussion of their application to the Motion. Accordingly, the Debtor submits that the Motion satisfies Local Rule 9013-1(a).

## Notice

5.     The Debtor has provided notice of this Motion, either by electronic mail or facsimile and/or by overnight mail to: (a) the Office of the United States Trustee for the District of Rhode Island; (b) counsel to the Bond Trustee; (c) counsel to the City of Central Falls; (d) the entities listed on the Consolidated List of Creditors Holding the 20 Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d); and (e) the Internal Revenue Service.

327799299v3

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order, substantially in the form attached hereto as **Exhibit A**, granting it leave to file its Solicitation Motion in excess of the Page Limit.

Dated: July 10, 2026

**PARTRIDGE SNOW & HAHN LLP**

*/s/ Daniel E. Burgoyne*
Daniel E. Burgoyne (#7541)
Matthew A. Lopes, Jr. (#3877)
40 Westminster Street
Suite 1100
Providence, RI 02903
T: (401) 861-8254
F: (401) 861-8210
dburgoyne@psh.com
mlopes@psh.com

– and –

**TROUTMAN PEPPER LOCKE LLP**

Jonathan W. Young (*pro hac vice* forthcoming)
Hanna J. Redd (*pro hac vice* forthcoming)
111 Huntington Ave., 9th Floor
Boston, MA 02199
T: (617) 239-0100
F: (617) 227-4420
jonathan.young@troutman.com
hanna.redd@troutman.com

Aaron C. Smith (*pro hac vice* forthcoming)
111 South Wacker Drive
Chicago, IL 60606
T: (312) 443-700
F: (312) 443-0336
aaron.smith@troutman.com

*Proposed Counsel to the Debtor and Debtor in Possession*

327799299v3

**Exhibit A**

327799299v3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CENTRAL FALLS DETENTION | ) |
| FACILITY CORPORATION, | ) Case No. 26-_____ |
| d/b/a Donald W. Wyatt Detention Facility | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

## ORDER GRANTING DEBTOR'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor" or "CFDFC") for entry of an order (this "Order") granting leave of court to file a motion in excess of the twenty (20) page limitation permitted in Local Rule 9013-1 (the "Page Limit") with respect to the Solicitation Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and no hearing being necessary on the Motion pursuant to Local Rule 9013-2(a)(2)(B); and all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted

---

[1] The last four digits of the Debtor's federal employer identification number are 5439. The address of the Debtor is 950 High Street, Central Falls, RI 02863.

[2] All capitalized terms used but otherwise not defined herein shall have the meaning ascribed in the Motion.

herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

1.      The Debtor is granted leave to exceed the Page Limit with respect to the Solicitation Motion.

2.      The Solicitation Motion filed contemporaneously herewith is deemed compliant with Local Rule 9013-1(b).

Dated: _____, 2026
Providence, Rhode Island

_____
The Honorable John A. Dorsey, Jr.
United States Bankruptcy Judge

2

327799299v3