*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Central Falls Detention Facility Corporation

BK No. 1:26−bk−10628

Chapter 11

Debtor(s)

---

### *NOTICE OF COURT HEARING*

Please be advised that a hearing will be held on 7/13/26 at 09:30 AM at: U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 to consider and act upon the following:

[3]Motion for Emergency Determination re: Entry of Interim and Final Orders (I) Authorizing the Debtor (A) To Use Cash Collateral and (B) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Protection to Prepetition Secured Party; (III) Modifying the Automatic Stay; (IV) Scheduling A Final Hearing; and (IV) Granting Related Relief with Proposed Interim Order and Budget filed by Central Falls Detention Facility Corporation

[4] Motion for Emergency Determination re: Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Employee Wages, Salaries, Reimbursable Employee Expenses and Other Compensation Obligations, (B) Maintain Employee Compensation and Benefits Programs; and (II) Granting Related Relief with Proposed Interim and Final Orders filed by Central Falls Detention Facility Corporation

[5] Motion for Emergency Determination re: Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain Existing Bank Accounts and Business Forms, (B) Continuing Using its Existing Cash Management System, (II) Waiving Requirements of Section 345(b) of the Bankruptcy Code; And (III) Granting Related Relief with Proposed Interim and Final Orders filed by Central Falls Detention Facility Corporation

[6] Motion for Emergency Determination re: Entry of An Order (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information from the Creditors Matrix, Schedules and Statements, and Related Documents; (II) Approving the Form and Manner of Notice of Commencement; And (III) Granting Related Relief with Proposed Order filed by Central Falls Detention Facility Corporation

[7] Motion for Emergency Determination re: Entry of an Order Establishing Certain Notice, Case Management and Administrative Procedures with Proposed Order filed by Central Falls Detention Facility Corporation

[8] Motion for Emergency Determination re: Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (II) Approving the Proposed Adequate Assurance of Payment for Postpetition Utility Services, (III) Approving Procedures for Resolving Further Adequate Assurance Requests, and (IV) Granting Related Relief with Proposed Interim and Final Orders filed by Central Falls Detention Facility Corporation

[9]Motion for Emergency Determination re: Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Insurance Policies and Agreements Related Thereto, (B) Honor Certain Prepetition Obligations In Respect Thereof, (C) Renew, Revise, Extend, Supplement or Enter Into New Insurance Coverage, and (III) Granting Related Relief with Proposed Interim and Final Orders filed by Central Falls Detention Facility Corporation

[10] Motion for Emergency Determination re: Entry of An Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC As Claims and Noticing Agent, Effective as of the Petition Date with Declaration in Support of Application and Proposed Order filed by Central Falls Detention Facility Corporation

[15] Motion to Appear Pro Hac Vice re: Jonathan W. Young filed by Debtor Central Falls Detention Facility Corporation

[16] Motion to Appear Pro Hac Vice re: Aaron C. Smith filed by Debtor Central Falls Detention Facility Corporation

[17] Motion to Appear Pro Hac Vice re: Hanna J. Redd filed by Debtor Central Falls Detention Facility Corporation

Please consult local rule 5072–1 for appropriate courtroom decorum for all hearings.

If a party wishes to use courtroom technology to present evidence, please contact the courtroom deputy at (401) 626–3136 in advance of the hearing to arrange for training.

Jonathan E. Pincince
Clerk of Court

Date: **7/10/26**

Entered on Docket: **7/10/26**
Document Number: **18 – 3, 4, 5, 6, 7, 8, 9, 10, 15, 16, 17**

500.jsp

_____

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*