**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND**

**In re:**

**CENTRAL FALLS DETENTION FACILITY
CORPORATION,**
d/b/a Donald W. Wyatt Detention Facility

　　　　Debtor

Case No. 1:26-bk-10628
Chapter 11

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned attorneys hereby enter their appearance as counsel on behalf of the City of Central Falls in the above-captioned bankruptcy proceeding, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.

The undersigned counsel respectfully request that copies of all notices, pleadings, motions, applications, orders, and other papers filed or served in this proceeding be served upon the following:

Respectfully submitted,

/s/ *Thomas E. Carlotto*
**Thomas E. Carlotto, Esq.**
DarrowEverett LLP
1 Turks Head Place, 12th Floor
Providence, RI 02903
Tel: (401) 453-1200
Fax: (401) 453-1201
RI Bar No. 6088
tcarlotto@darroweverett.com

/s/ *Matthew Jerzyk*
**Matthew Jerzyk, Esq.**
City Solicitor, City of Central Falls
Central Falls City Hall
580 Broad Street
Central Falls, RI 02863
Tel: (401) 727-7400
Fax: (401) 727-7406
RI Bar No. 7945
mjerzyk@city.centralfallsri.gov

Dated: July 10, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, a copy of the foregoing Entry of Appearance and Request for Notices was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


/s/ *Thomas E. Carlotto*
**Thomas E. Carlotto, Esq.**