## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In Re: Central Falls Detention Facility   BK No. 1:26−bk−10628
Corporation

Chapter 11

Debtor(s)

### NOTICE OF COURT HEARING

Please be advised that a hearing will be held on 7/13/26 at 09:30 AM at: U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 to consider and act upon the following:

[21] Motion to Appear Pro Hac Vice re: Ian A. Hammel filed by Interested Party UMB Bank, N.A. as bond trustee for the Debtor's prepetition secured bond obligations

[22] Motion to Appear Pro Hac Vice re: Kaitlin R. Walsh filed by Interested Party UMB Bank, N.A. as bond trustee for the Debtor's prepetition secured bond obligations

[23] Motion to Appear Pro Hac Vice re: Megan M. Preusker filed by Interested Party UMB Bank, N.A. as bond trustee for the Debtor's prepetition secured bond obligations

Please consult local rule 5072−1 for appropriate courtroom decorum for all hearings.

If a party wishes to use courtroom technology to present evidence, please contact the courtroom deputy at (401) 626−3136 in advance of the hearing to arrange for training.

Jonathan E. Pincince
Clerk of Court

Date: **7/10/26**

Entered on Docket: **7/10/26**
Document Number: **27 − 21, 22, 23**

500.jsp

*Website: www.rib.uscourts.gov*