*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)626-3100*

**In re: Central Falls Detention
Facility Corporation**

**BK No. 1:26−bk−10628**

### Order to File Missing/Deficient Documents, and Notice of Automatic Dismissal for Non−Compliance −− Chapter 11 Case

A petition was filed in the above−referenced case on **7/10/26** . Pursuant to LBR 1007−1(c), please be advised that the following documents are missing and must be filed on or before, 7/24/2026, plus an additional three days if served by mail as evidenced on the certificate of service below.

***Failure to comply with this order by filing the missing documents or a motion to extend time, by the above stated deadline, or to file a request for relief pursuant to R.I. LBR 1017−2(b) within 14 days of this order, will result in the automatic dismissal of the bankruptcy case without further notice.***

Form B206 Summary of Assets and Liablites
B206A/B Schedule A/B
B206D Schedule D − Secured Debts
B206E/F Creditors Who Have Unsecured Claims (non−individuals)
B206G Schedule G − Executory Contracts and Unexpired Leases (non−individuals)

B206H Schedule H − Schedule H: Your Codebtors(non−individuals)
B207 Statement of Your Financial Affairs
Debtor's Signed Declaration re: Schds.
B2030 Disclosure of Compensation of Attorney For Debtor

Other:

### Certificate of Service

| **Debtor** | **Debtor's Attorney** | **Trustee** |
|---|---|---|
| Regular Mail | Email Delivery | |

**Dated : 7/10/26**
**Document Number:   29 − 1**

jsp form 311

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

By: JLD
**Deputy Clerk**