**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Central Falls Detention Facility Corporation | ) | Case No. 26- 10628 (JAD) |
| d/b/a Donald W. Wyatt Detention Facility, | ) |  |
|  | ) |  |
| Debtor. [1] | ) |  |
|  | ) |  |

**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR EMERGENCY
FIRST DAY HEARING ON JULY 16, 2026 AT 10:00 A.M. (EASTERN TIME)**

**Date and Time
of Hearing:**        July 16, 2026, at 10:00 a.m. (prevailing Eastern Time)

**Location of Hearing:**        The Honorable John A. Dorsey, Jr., United States Bankruptcy
Court for the District of Rhode Island, 380 Westminster Street,
6th Floor, Providence, Rhode Island 02903

**Copies of Pleadings:**        A copy of each pleading may be viewed by either (i) utilizing a
PACER CM/ECF login through the Court's website at
www.ecf.rib.uscourts.gov, or (ii) accessing, free of charge, the
website of the Debtor's proposed notice and claims agent,
https://dm.epiq11.com/Wyatt.

**INTRODUCTION AND REQUEST FOR FIRST DAY HEARING**

A.        Notice of First Day Hearing (Filed 7/10/26; Docket No. 18)

**CHAPTER 11 PETITION**

1.        Central Falls Detention Facility Corporation d/b/a Donald W. Wyatt Detention Facility
(Case No. 26-10628; filed 7/10/26; Docket No. 1)

**FIRST DAY DECLARATION**

2.        Declaration of Daniel S. Polsky in Support of the Debtors' Chapter 11 Petition and First
Day Pleadings (Filed 7/10/26; Docket No. 2)

---

[1]  The last four digits of the Debtor's federal taxpayer identification number are 5439. The address of the Debtor is
950 High Street, Central Falls, RI 02863.

**EMERGENCY FIRST DAY MOTIONS**

- **Procedural Motions**

3.   Debtor's Motion for Emergency Determination for Entry of an Order (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information from the Creditors Matrix, Schedules and Statements, and Related Documents; (II) Approving the Form and Manner of Notice of Commencement; and (III) Granting Related Relief (Filed 7/10/26; Docket No. 6)

Response(s):  None as of the filing of this Agenda.

Related Document(s):  None.

Status:  This matter will be going forward.

4.   Debtor's Motion for Emergency Determination for Entry of an Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures, and (II) Granting Related Relief (Filed 7/10/26; Docket No. 7)

Response(s):  None as of the filing of this Agenda.

Related Document(s):  None.

Status:  This matter will be going forward.

5.   Debtor's Emergency Application for Entry of an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent, Effective as of the Petition Date (Filed 7/10/26; Docket No. 10)

Response(s):  None as of the filing of this Agenda.

Related Document(s):  None.

Status:  This matter will be going forward.

- **Operational Motions**

6.   Debtor's Motion for Emergency Determination for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Insurance Policies and Agreements Related Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, (C) Renew, Revise, Extend, Supplement, or Enter Into New Insurance Coverage; (II) Modifying the Automatic Stay to Permit Employees to Proceed with Workers' Compensation Claims; and (III) Granting Related Relief (Filed 7/10/26; Docket No. 9)

Response(s):  None as of the filing of this Agenda.

Related Document(s):  None.

Status:  This matter will be going forward regarding entry of an interim order.

7.      Debtor's Motion for Emergency Determination for Entry of Interim and Final Orders (I) Approving the Debtor's Proposed Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures to Resolve Requests for Additional Assurance, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief (Filed 7/10/26; Docket No. 8)

Response(s):  None as of the filing of this Agenda.

Related Document(s):  None.

Status:  This matter will be going forward regarding entry of an interim order.

8.      Debtor's Motion for Emergency Determination for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain Existing Bank Accounts and Business Forms, (B) Continue Using Its Existing Cash Management System, and (C) Continue Employee Card Program; (II) Waiving the Requirements of Section 345(b) of the Bankruptcy Code; and (III) Granting Related Relief (Filed 7/10/26; Docket No. 5)

Response(s):  None as of the filing of this Agenda.

Related Document(s):  None.

Status:  This matter will be going forward regarding entry of an interim order.

Dated: July 14, 2026

**PARTRIDGE SNOW & HAHN LLP**

*/s/ Daniel E. Burgoyne*

Daniel E. Burgoyne (#7541)
Matthew A. Lopes, Jr. (#3877)
40 Westminster Street
Suite 1100
Providence, RI 02903
T: (401) 861-8254
F: (401) 861-8210
dburgoyne@psh.com
mlopes@psh.com

– and –

**TROUTMAN PEPPER LOCKE LLP**

Jonathan W. Young (admitted *pro hac vice*)
Hanna J. Redd (admitted *pro hac vice*)
111 Huntington Ave., 9th Floor
Boston, MA 02199
T: (617) 239-0100
F: (617) 227-4420
jonathan.young@troutman.com
hanna.redd@troutman.com

Aaron C. Smith (admitted *pro hac vice*)
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
T: (312) 443-700
F: (312) 443-0336
aaron.smith@troutman.com

*Proposed Counsel to the Debtor and Debtor in Possession*

-4-