**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTRAL FALLS DETENTION | ) | Case No. 26-10628 (JAD) |
| FACILITY CORPORATION, | ) | |
| d/b/a Donald W. Wyatt Detention Facility | ) | **Ref. Docket No. 46** |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, GEOFF ZAHM, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 16, 2026, I caused to be served the "Declaration of Daniel S. Polsky in Support of the Debtor's Cash Management Motion," dated July 15, 2026 [Docket No. 46], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and to 15 parties whose names and addresses are confidential and therefore not included, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and to 17 parties whose names and email addresses are confidential and therefore not included.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

---

[1] The last four digits of the Debtor's federal employer identification number are 5439. The address of the Debtor is 950 High Street, Central Falls, RI 02863.

# EXHIBIT A

Central Falls Detention Facility Corporation
Mailing Address_1300 Redacted

| Name | Address |
|---|---|
| ACCELERATE TAX, LLC | C/O ELIHU E. ALLINSON, III SULLIVAN NIMEROFF BROWN HILL LLC 919 NORTH MARKET STREET, SUITE 420  ATLANTA DE 19801 UNITED STATES OF AMERICA |
| CITY OF CENTRAL FALLS | ATTN: MATTHEW JERZYK, ESQ SOLICITOR 580 BROAD STREET  CENTRAL FALLS RI 02863 UNITED STATES OF AMERICA |
| DARROW EVERETT LLP | N. HEMOND & T. CARLOTTO ONE TURKS HEAD PLACE, SUITE 1200 (COUNSEL TO CITY OF CENTRAL FALLS)  PROVIDENCE RI 02903 UNITED STATES OF AMERICA |
| DUFFY & SWEENEY, DIVISION OF | STEVENS AND LEE; ROBERT M. DUFFY ANDREW G. BLAIS 321 S. MAIN ST., SUITE 400  PROVIDENCE RI 02903 UNITED STATES OF AMERICA |
| DUFFY & SWEENEY, DIVISION OF STEVENS & LEE | (COUNSEL FOR UMB BANK) ATTN ROBERT M DUFFY, ANDREW G BLAIS 321 SOUTH MAIN ST, STE 400  PROVIDENCE RI 02903 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346    PHILADELPHIA PA 19101-7346 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE, NW    WASHINGTON DC 20220-0001 UNITED STATES OF AMERICA |
| KEOUGH + SWEENEY | (COUNSEL FOR PAWTUCKET WATER SUPPLY BOARD) 41 MENDON AVE PAWTUCKET RI 02861 UNITED STATES OF AMERICA |
| MAEVA PAYROLL CONSULTING, LLC | CHRISTOPHER CLARK, REGISTERED AGENT 2122 S. TERRIPIN CIR.   MESA AZ 85209 UNITED STATES OF AMERICA |
| MINTZ LEVIN COHN FERRIS GLOVSKY | & POPEO; IAN A. HAMMEL ONE FINANCIAL CENTER (COUNSEL TO INDENTURE TRUSTEE)  BOSTON MA 02111 UNITED STATES OF AMERICA |
| MINTZ LEVIN COHN FERRIS GLOVSKY | & POPEO; MEGAN M. PREUSKER & KAITLIN R. WALSH 919 THIRD AVENUE NEW YORK NY 10022 UNITED STATES OF AMERICA |
| MINTZ, LEVEN, COHN, FERRIS, GLOVSKY AND POPEO, PC | (COUNSEL FOR UMB BANK) ATTN KAITLIN R WALSH, MEGAN PREUSKER 919 THIRD AVE  NEW YORK NY 10022 UNITED STATES OF AMERICA |
| MINTZ, LEVEN, COHN, FERRIS, GLOVSKY AND POPEO, PC | (COUNSEL FOR UMB BANK, N.A.) ONE FINANCIAL CENTER   BOSTON MA 02111 UNITED STATES OF AMERICA |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE DISTRICT OF RHODE ISLAND ATTN: SANDRA NICHOLLS 5 POST OFFICE SQUARE, SUITE 1000  BOSTON MA 02109-3934 UNITED STATES OF AMERICA |
| R.I. DEPARTMENT OF STATE | DIV OF BUSINESS SERVICES/NOTARY DLT/ELEVATOR UNIT 148 W. RIVER STREET  PROVIDENCE RI 02904-2615 UNITED STATES OF AMERICA |
| REASSURANCE SOLUTIONS LLC | PO BOX 766    BENTON KY 42025 UNITED STATES OF AMERICA |
| UMB BANK, NA | ATTN: GAVIN WILKINSON 120 SOUTH SIXTH STREET SUITE 1400 (INDENTURE TRUSTEE)  MINNEAPOLIS MN 55402 UNITED STATES OF AMERICA |
| UMB BANK, NA | ATTN: LAURA ROBERSON 1010 GRAND BOULEVARD (INDENTURE TRUSTEE)  KANSAS CITY MO 64106 UNITED STATES OF AMERICA |

## Total Count: 18

Central Falls Detention Facility Corporation
Mailing Address (1)

| Name | Address |
|------|---------|
| BEACON BANK & TRUST | ATTN: CARLA GABRIEL 625B GEORGE WASHINGTON HIGHWAY    LINCOLN RI 02865 UNITED STATES OF AMERICA |

## Total Count: 1

# EXHIBIT B

Central Falls Detention Facility Corporation
Mailing Email_11920 Redacted

| Name | Email |
|------|-------|
| ACCELERATE TAX, LLC | zallinson@snbhlaw.com |
| CITY OF CENTRAL FALLS | mjerzyk@centralfallsri.us |
| DARROW EVERETT LLP | nhemond@darroweverett.com; tcarlotto@darroweverett.com |
| DUFFY & SWEENEY, DIVISION OF | Robert.duffy@stevenslee.com; andrew.blais@stevenslee.com |
| DUFFY & SWEENEY, DIVISION OF STEVENS & LEE | ROBERT.DUFFY@STEVENSLEE.COM; ANDREW.BLAIS@STEVENSLEE.COM |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov;  dennis.moody@irs.gov |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov;  dennis.moody@irs.gov |
| KEOUGH + SWEENEY | JKEOUGHJR@KEOUGHSWEENEY.COM |
| MINTZ LEVIN COHN FERRIS GLOVSKY | IAHammel@mintz.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY | MPreusker@mintz.com;  krwalsh@mintz.com |
| MINTZ, LEVEN, COHN, FERRIS, GLOVSKY AND POPEO, PC | IAHAMMEL@MINTZ.COM |
| MINTZ, LEVEN, COHN, FERRIS, GLOVSKY AND POPEO, PC | KRWALSH@MINTZ.COM; MPREUSKER@MINTZ.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | Sandra.Nicholls@usdoj.gov;  USTP.Region01@ust.doj.gov |
| R.I. DEPARTMENT OF STATE | corporations@sos.ri.gov |
| REASSURANCE SOLUTIONS LLC | Info@reassurancesolutions.com |
| UMB BANK, NA | Gavin.Wilkinson@umb.com |
| UMB BANK, NA | laura.roberson@umb.com |

# Total Count: 25

Central Falls Detention Facility Corporation
Mailing_Email (1837)

| Name | Email |
|------|-------|
| BEACON BANK & TRUST | cgabriel@bankri.com |

# Total Count: 1