**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re: | Chapter 11 |
| Central Falls Detention Facility Corporation d/b/a Donald W. Wyatt Detention Facility, | Case No. 26- 10628 (JAD) |
| Debtor.[1] | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on September 1, 2026, the Court scheduled a hearing for **September 24, 2026, at 10:00 a.m. (ET)** regarding the *Debtor's Motion for Entry of an Order Granting (I) Preliminary Approval of Data Security Incident Settlement; (II) Class Certification for Settlement Purposes Only; (III) Appointment of Settlement Class Counsel; (IV) Authorization for Settlement Class Counsel to File a Class Proof of Claim; (V) Approval of the Form and Manner of Notice to Class Members Regarding Class Certification and Settlement Terms; (VI) Establishment of the Date and Time for a Fairness Hearing to Consider Final Approval of the Class Settlement; and (VII) Related Relief* [Dkt. No. 169] (the "Motion") in this Chapter 11 Case (the "Hearing") before the Honorable John A. Dorsey, Jr., United States Bankruptcy Judge for the District of Rhode Island, in the United States Bankruptcy Court for the District of Rhode Island, 380 Westminster Street, 6th Floor, Providence, Rhode Island 02903.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Motion is September 14, 2026, plus an additional 3 days if served by mail or otherwise allowed under Fed. R. Bank. P. 9006(f).

## TO ALL PARTIES WISHING TO PARTICIPATE IN THE HEARING:

[1] The last four digits of the Debtor's federal taxpayer identification number are 5439. The address of the Debtor is 950 High Street, Central Falls, RI 02863.

The Hearing will be held in-person at the United States Bankruptcy Court for the District of Rhode Island, 380 Westminster Street, 6th Floor, Providence, Rhode Island 02903.

**The Court may permit any party in interest to participate in a hearing by video or telephone for good cause. To make such a request, please file a motion in accordance with Local Rule 9074-1.**

Dated: September 1, 2026

**PARTRIDGE SNOW & HAHN LLP**

*/s/ Daniel E. Burgoyne*
Daniel E. Burgoyne (#7541)
Matthew A. Lopes, Jr. (#3877)
40 Westminster Street
Suite 1100
Providence, RI 02903
T: (401) 861-8254
F: (401) 861-8210
dburgoyne@psh.com
mlopes@psh.com

– and –

**TROUTMAN PEPPER LOCKE LLP**

Jonathan W. Young (admitted *pro hac vice*)
Hanna J. Redd (admitted *pro hac vice*)
111 Huntington Ave., 9th Floor
Boston, MA 02199
T: (617) 239-0100
F: (617) 227-4420
jonathan.young@troutman.com
hanna.redd@troutman.com

Aaron C. Smith (admitted *pro hac vice*)
225 W. Randolph St., Suite 2600
Chicago, IL 60606
T: (312) 443-700
F: (312) 443-0336
aaron.smith@troutman.com

*Counsel to the Debtor and Debtor in Possession*