**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTRAL FALLS DETENTION FACILITY CORPORATION, d/b/a Donald W. Wyatt Detention Facility | : | Case No. 26 -10628 |
| Debtor. | : | |

**MOTION FOR REMOTE ATTENDANCE**

Danielle L. Perry, *pro hac vice*, counsel for Creditor/Plaintiff Jacob Hellested moves under Local Bankruptcy Rule 9074-1 for leave to appear by video at the hearing scheduled for Thursday, September 24, 2026, at 10:00 a.m. Local Rule 9074-1 authorizes "[t]he Court [to] permit any party in interest to participate in a hearing . . . by telephone or video" and requires a motion that "sets forth good cause for the request." (D.R.I. Bankr. LBR 9074-1(a)).

Ms. Perry requests remote appearance for good cause. She works in Washington, D.C. and she cannot attend the September 24 hearing in person without significant expense and disruption. Ms. Perry's colleague and local counsel for Creditor/Plaintiff, Jacob Hellested, Peter N. Wasylyk, will also attend the hearing to ensure her client is adequately represented in person before the Court. Remote participation will allow her to attend without prejudicing any party or burdening the Court. Ms. Perry will follow all requirements and protocols the Courtroom Deputy provides for a remote proceeding.

For these reasons, Ms. Perry respectfully asks the Court to grant this Motion and authorize her appearance by video for the September 24 hearing.

Dated: September 22, 2026

**LAW OFFICES OF PETER N. WASYLYK**

*/s/ Peter N. Wasylyk*
Peter N. Wasylyk (Bar No. 3351)
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: 401-831-7730
Fax: 401-861-6064
pnwlaw@aol.com

*Local Counsel for Creditor/Plaintiff*
*Jacob Hellested*

*/s/ Danielle L. Perry*
Danielle L. Perry (*Pro Hac Vice*)
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
T: (202) 429-2290
dperry@masonllp.com

*Counsel for Creditor/Plaintiff*
*Jacob Hellested*

## CERTIFICATE OF SERVICE

I, Peter N. Wasylyk, hereby certify that on September 22, 2026, a copy of the foregoing has been filed through the CM/ECF system and will be sent electronically to counsel who are registered participants identified on the Notice of Electronic Filing.

*/s/ Peter N. Wasylyk*
Peter N. Wasylyk (Bar No. 3351)