**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:<br><br>CENTRAL FALLS DETENTION FACILITY CORPORATION,<br>d/b/a Donald W. Wyatt Detention Facility<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10628 |

**DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE**

I, KYLE S. BINGHAM, hereby declare and state as follows:

1. My name is KYLE S. BINGHAM. I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am the Senior Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans. I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 700 class action settlements.

3. Epiq is a firm with more than 25 years of experience in claims processing and settlement administration. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

4. The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

**CAFA NOTICE IMPLEMENTATION**

5. At the direction of counsel for Central Falls Detention Facility Corporation, d/b/a Donald W. Wyatt Detention Facility, 57 federal and state officials (the Attorney General of the

United States and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories) were identified to receive the CAFA notice.

6. Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice. Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7. On September 10, 2026, Epiq sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Priority Mail to 48 officials (the Attorneys General of 43 states and the United States Territories). As per the direction of the Office of the Alaska, Connecticut, District of Columbia, Nevada, New York, Massachusetts, Louisiana, and West Virginia Attorneys General, the Notice was sent to these Attorneys General electronically via email. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States. The CAFA Notice Service List (USPS Priority Mail, Email, and UPS) is included as **Attachment 1**.

8. The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case. The Cover Letter is included as **Attachment 2.**

9. The Cover Letter was accompanied by a CD, which included the following:

a. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

- Class Action Complaint (filed July 19, 2024 with the U.S. Distr. Ct. for the Dist. Of R.I.)

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces. The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

b. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

- Long Form Class Notice *(Exhibit B-1 to the Debtor's Motion For Entry of an Order);*
- Postcard Notice *(Exhibit B-2 to the Debtor's Motion For Entry of an Order);*
- Publication Notice *(Exhibit B-3 to the Debtor's Motion For Entry of an Order);*
- Informational Release *(Exhibit B-4 to the Debtor's Motion For Entry of an Order);* and
- Claim Form *(Exhibit C to the Debtor's Motion For Entry of an Order).*

c. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents were included:

- Debtor's Motion for Entry of an Order Granting (I) Preliminary Approval of Data Security Incident Settlement; (II) Class Certification for Settlement Purposes Only; (III) Appointment of Settlement Class Counsel; (IV) Authorization for Settlement Class Counsel to File a Class Proof of Claim; (V) Approval of the Form and Manner of Notice to Class Members Regarding Class Certification and Settlement Terms; (VI) Establishment of the Date and Time for a Fairness Hearing to Consider Final Approval of the Class Settlement; and (VII) Related Relief;
    - Class Action Settlement Agreement and Release (*Exhibit A to the Debtor's Motion For Entry of an Order*);

  - Class Action Docket (*Exhibit E to the Debtor's Motion For Entry of an Order*);

- Declaration of Daniel S. Polsky in Support of Debtor's Motion for Entry of an Order Granting (I) Preliminary Approval of Data Security Incident Settlement; (II) Class Certification for Settlement Purposes Only; (III) Appointment of Settlement Class Counsel; (IV) Authorization for Settlement Class Counsel to File a Class Proof of Claim; (V) Approval of the Form and Manner of Notice to Class Members Regarding Class Certification and Settlement Terms; (VI) Establishment of the Date and Time for a Fairness Hearing to Consider Final Approval of the Class Settlement; and (VII) Related Relief;
- Declaration of Cameron R. Azari, Esq. Regarding Notice Plan; and
- Notice of Hearing.

d. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** A geographic analysis of potential class members was included on the CD.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2026.

KYLE S. BINGHAM

# Attachment 1

CAFA Notice Service List
USPS Priority Mail

| Appropriate Official | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Tim Griffin | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Kris Mayes | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | James Uthmeier | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne E Lopez | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Brenna Bird | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Raul Labrador | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 500 South Second Street | | Springfield | IL | 62701 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Russell Coleman | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Anthony G Brown | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | 525 W. Ottawa St. | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Catherine Hanaway | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Jeff Jackson | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Jennifer Davenport | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Raul Torrez | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Dan Rayfield | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Dave Sunday | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Marty Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Derek Brown | Utah State Capitol Complex | 350 North State Street Ste 230 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jay Jones | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Charity R Clark | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Nick Brown | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Keith Kautz | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Gwen Tauiliili-Langkilde | PO Box 7 | | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Douglas Moylan | ITC Bldg. | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | PO Box 10007 | | Saipan | MP | 96950 |
| PR Department of Justice | Lourdes L. Gomez Torres | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Gordon C. Rhea | 3438 Kronprindsens Gade Ste 2 | GERS BLDG | St Thomas | VI | 00802 |

**CAFA Notice Service List**
**Email**

| Appropriate Official | Contact Format | State |
|---|---|---|
| Office of the Attorney General for Alaska | All documents sent to AK AG at their dedicated CAFA email inbox. | AK |
| Office of the Attorney General for District of Columbia | All documents sent to DC AG at their dedicated CAFA email inbox. | DC |
| Office of the Attorney General for Louisiana | All documents sent to LA AG at their dedicated CAFA email inbox. | LA |
| Office of the Attorney General for Massachusetts | All documents sent to MA AG at their dedicated CAFA email inbox. | MA |
| Office of the Attorney General for West Virginia | All documents sent to WV AG at their dedicated CAFA email inbox. | WV |
| Office of the Attorney General for Connecticut | All documents sent to CT AG at their dedicated CAFA email inbox. | CT |
| Office of the Attorney General for Nevada | All documents sent to NV AG at their dedicated CAFA email inbox. | NV |
| Office of the Attorney General for New York | All documents sent to NY AG at their dedicated CAFA email inbox. | NY |

**CAFA Notice Service List**

**UPS**

| Appropriate Official | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

# Attachment 2

**CAFA NOTICE ADMINISTRATOR**
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

September 10, 2026

**VIA UPS OR USPS PRIORITY MAIL**

**Class Action Fairness Act – Notice to Federal and State Officials**

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information sent on behalf of Central Falls Detention Facility Corporation d/b/a Donald W. Wyatt Detention Facility (the "Debtor") relating to the proposed settlement of a putative class action lawsuit. On July 10, 2026, the Debtor filed a voluntary petition seeking relief pursuant to chapter 11 of title of the U.S. Code, with the U.S. Bankruptcy Court for the District of Rhode Island; prior to filing the bankruptcy petition, in 2024, a putative class action complaint was filed against the Debtor, as a named defendant, with the U.S. District Court for the District of Rhode Island. Documents concerning the settlement have been filed only with the Bankruptcy Court overseeing the Debtor's Bankruptcy Case. Details include:

- **Bankruptcy Case**: *In re Central Falls Detention Facility Corporation, d/b/a Donald W. Wyatt Detention Facility,* Case No. 26-10628-JAD

- **Bankruptcy Court**: United States Bankruptcy Court for the District of Rhode Island

- **Debtor & Class Action Defendant**: Central Falls Detention Facility Corporation, d/b/a Donald W. Wyatt Detention Facility

- **District Court & Class Action Case Caption**: *Hellested, et al., v. Central Falls Detention Facility Corp. d/b/a Donald W. Wyatt Detention Facility*, U.S. Dist. Ct. for the Dist. of R.I., Case No. 1:24-CV-00284

- **Documents Enclosed**: In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

     - Class Action Complaint (filed July 19, 2024 with the U.S. Distr. Ct. for the Dist. Of R.I.)

  2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Bankruptcy Court has scheduled a hearing to consider preliminary approval of the proposed settlement on September 24, 2026, at 10:00 a.m. (ET), before the Honorable John A. Dorsey Jr., U.S. Bankruptcy Judge, at the U.S. Bankruptcy Court for the District of Rhode Island, 380 Westminster Street, 6th Floor, Providence, RI 02903.

**CAFA NOTICE ADMINISTRATOR**
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

    - Long Form Class Notice (*Exhibit B-1 to the Debtor's Motion For Entry of an Order);*
    - Postcard Notice (*Exhibit B-2 to the Debtor's Motion For Entry of an Order);*
    - Publication Notice (*Exhibit B-3 to the Debtor's Motion For Entry of an Order);*
    - Informational Release (*Exhibit B-4 to the Debtor's Motion For Entry of an Order); and*
    - Claim Form (*Exhibit C to the Debtor's Motion For Entry of an Order).*

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents are included:

    - Debtor's Motion for Entry of an Order Granting (I) Preliminary Approval of Data Security Incident Settlement; (II) Class Certification for Settlement Purposes Only; (III) Appointment of Settlement Class Counsel; (IV) Authorization for Settlement Class Counsel to File a Class Proof of Claim; (V) Approval of the Form and Manner of Notice to Class Members Regarding Class Certification and Settlement Terms; (VI) Establishment of the Date and Time for a Fairness Hearing to Consider Final Approval of the Class Settlement; and (VII) Related Relief;
        - Class Action Settlement Agreement and Release *(Exhibit A to the Debtor's Motion For Entry of an Order);*
        - Class Action Docket *(Exhibit E to the Debtor's Motion For Entry of an Order);*
    - Declaration of Daniel S. Polsky in Support of Debtor's Motion for Entry of an Order Granting (I) Preliminary Approval of Data Security Incident Settlement; (II) Class Certification for Settlement Purposes Only; (III) Appointment of Settlement Class Counsel; (IV) Authorization for Settlement Class Counsel to File a Class Proof of Claim; (V) Approval of the Form and Manner of Notice to Class Members Regarding Class Certification and Settlement Terms; (VI) Establishment of the Date and Time for a Fairness Hearing to Consider Final Approval of the Class Settlement; and (VII) Related Relief;
    - Declaration of Cameron R. Azari, Esq. Regarding Notice Plan; and
    - Notice of Hearing.

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** There are no other settlements or agreements between the plaintiff and the Debtor.

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:** To date, the Bankruptcy Court has not issued a final order, judgment or dismissal in the Bankruptcy Case.

**CAFA NOTICE ADMINISTRATOR**
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

7. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The Settlement Class is defined as: all individuals in the United States whose private information was maintained on the Debtor's computer systems and who were identified by the Debtor as having certain of that private information taken from the Debtor during the November 2023 Data Security Incident.

   A geographic analysis of potential class members is included on the enclosed CD.

8. **Per 28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** To date, neither the Bankruptcy Court nor the District Court has issued a final order or judgment in either the Bankruptcy Case or the U.S. District Court Class Action Case.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Sincerely,

CAFA Notice Administrator

Enclosures