***UNITED STATES BANKRUPTCY COURT***
***DISTRICT OF RHODE ISLAND***

---

| | |
|---|---|
| In Re: Central Falls Detention Facility Corporation<br><br>Debtor(s) | BK No. 1:26−bk−10628<br><br>Chapter 11 |

---

## *NOTICE OF STATUS HEARING*

***PLEASE TAKE NOTICE*** that a status hearing will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 on October 1, 2026 at 3:00 PM

to consider and act upon the following:

[169] Motion to Approve Entry of Order Granting (I) Preliminary Approval of Data Security Incident Settlement; (II) Class Certification for Settlement Purposes Only; (III) Appointment of Settlement Class Counsel; (IV) Authorization for Settlement Class Counsel to File a Class Proof of Claim; (V) Approval of the Form and Manner of Notice to Class Members Regarding Class Certification and Settlement Terms; (VI) Establishment of the Date and Time for a Fairness Hearing to Consider Final Approval of the Class Settlement; and (VII) Related Relief filed by Central Falls Detention Facility Corporation

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

***Participants should plan on arriving to the court at least 20−30 minutes in advance of the scheduled hearing time in order to be processed through building security. You must bring this notice in order to use the appointment line for quicker processing.***

Jonathan E. Pincince
Clerk of Court

Date: **9/25/26**

Entered on Docket: **9/25/26**
Document Number: **204 − 169**

501.jsp

***Website: www.rib.uscourts.gov***