***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

---

In re: Central Falls Detention Facility Corporation — BK No. 1:26-bk-10628

Debtor(s) — Chapter 11

---

***ORDER VACATING ORDER [DOC. #214]***

On 9/29/2026, the Court issued an Order which was entered on the docket in error.

It is hereby **ORDERED** that this Court's Order entered on 9/29/2026 [Doc. #214], due to clerical error, is hereby **VACATED**.

**/s/ John A. Dorsey, Jr.**
**U.S. Bankruptcy Court Judge**

Entered on Docket: 10/1/2026
Document Number: 218