**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:<br><br>**CENTRAL FALLS DETENTION FACILITY CORPORATION, d/b/a Donald W. Wyatt Detention Facility**,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10628 |

**AGREED MOTION TO EXTEND TIME FOR THE UNITED STATES TRUSTEE**
**TO RESPOND TO DEBTOR'S PLAN OF REORGANIZATION**

The United States Trustee (the "UST") hereby moves with consent to extend the deadline for filing a response to the Debtor's Plan of Reorganization (Dkt. #11) (the "Plan"), stating:

1. The deadline for responding to the Plan is currently set for November 2, 2026. The confirmation hearing on the Plan is currently set for November 10, 2026.

2. The UST and the Debtor are discussing certain Plan provisions and language relating to Article XI, Releases, Discharge, Injunction and Exculpation.

3. The UST requests that the Court grant the UST through and including November 5, 2026, to respond to the Plan.

4. The UST and Debtor anticipate that they will be able to work through these issues and that this extension will not impact the Debtor's current confirmation schedule.

5. The Debtor through counsel consents and agrees to the requested extension, without prejudice to any future extension request.

WHEREFORE, the United States Trustee respectfully requests that this Court extend the deadline for the UST to respond to the Plan with consent through and including November 5, 2026, and grant such other and further relief as is just and equitable.

Respectfully submitted,

WILLIAM K. HARRINGTON
United States Trustee for Region One

By: /s/ *Sandra Nicholls*
Sandra Nicholls
U.S. Department of Justice
Office of the U.S. Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109-3934
401-528-5553
sandra.nicholls@usdoj.gov

Dated: November 2, 2026

**Certificate of Service**

I hereby certify that on November 2, 2026, I electronically filed the Agreed Motion to Extend Time in the above captioned case with the Clerk of the Bankruptcy Court using the CM/ECF System. The following participants are scheduled to receive notice electronically through the CM/ECF System:

- **Andrew George Blais andrew.blais@stevenslee.com**
- **Daniel E. Burgoyne dburgoyne@psh.com, kfrancois@psh.com**
- **Thomas E Carlotto tcarlotto@darroweverett.com, acharette@shslawfirm.com**
- **Robert Duffy robert.duffy@stevenslee.com, susan.defusco@stevenslee.com**
- **Robert M Duffy rduffy@duffysweeney.com, apedro@duffysweeney.com**
- **Matthew T. Jerzyk mjerzyk@city.centralfallsri.gov**
- **Joseph A. Keough jkeoughjr@keoughsweeney.com**
- **Nial Luu ntj6@usnh.edu**
- **Sandra Nicholls sandra.nicholls@usdoj.gov**
- **Office of the U.S. Trustee ustpregion01.pr.ecf@usdoj.gov**
- **Danielle Lynn Perry dperry@masonllp.com**
- **Hanna J. Redd hanna.redd@troutman.com, wlbank@troutman.com**
- **Peter N Wasylyk pnwlaw@aol.com**
- **Jonathan W. Young jonathan.young@troutman.com**

/s/ *Sandra Nicholls*
Sandra Nicholls