**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Central Falls Detention Facility Corporation (d/b/a Donald W. Wyatt Detention Facility), | ) | Case No. 26-bk-10628 |
| Debtor. | ) | |

**MOTION FOR REMOTE ATTENDANCE**

Gavin Wilkinson, Senior Vice President of Distressed Debt/Corporate Trusts at UMB Bank, N.A., as bond trustee for the Debtor's prepetition secured bond obligations, an interested party ("**Mr. Wilkinson**"), moves under Local Bankruptcy Rule 9074-1 for leave to appear by video at the Continued Chapter 11 Confirmation Hearing scheduled for Tuesday, November 24, 2026, at 10:00 a.m. (the "**Confirmation Hearing**"). Local Rule 9074-1 provides that "[t]he Court [may] permit any party in interest to participate in a hearing . . . by telephone or video" upon a motion that "sets forth good cause for the request." D.R.I. LBR 9074-1(a).

Good cause exists for remote appearance. Mr. Wilkinson resides and works in Minnesota and cannot attend the Confirmation Hearing in person without incurring significant travel expense and disruption to his professional duties. Remote participation will allow him to attend fully and efficiently without prejudice to any party or burden on the Court. Mr. Wilkinson will comply with all requirements and protocols for remote proceedings provided by the Courtroom Deputy.

WHEREFORE, Mr. Wilkinson respectfully requests that the Court grant this Motion and authorize him to appear by video at the Confirmation Hearing.

Dated: November 19, 2026

**DUFFY & SWEENEY, DIVISION OF STEVENS & LEE**

*/s/ Andrew G. Blais*
Robert M. Duffy, Esq., #4428
Andrew G. Blais, Esq., #9719
321 South Main Street, Suite 400
Providence, Rhode Island 02903
Tel: 401-455-0700
*robert.duffy@stevenslee.com*
*andrew.blais@stevenslee.com*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

Ian A. Hammel, Esq. (*pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Tel: 617-542-6000
Fax: 617-542-2241
*IAHammel@mintz.com*

Kaitlin R. Walsh, Esq. (*pro hac vice*)
Megan Preusker, Esq. (*pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel: 617-542-6000
Fax: 617-542-2241
*KRWalsh@mintz.com*
*MPreusker@mintz.com*

## CERTIFICATE OF SERVICE

I, Robert M. Duffy, hereby certify that on November 19, 2026, a copy of the foregoing has been filed through the CM/ECF system and will be sent electronically to counsel who are registered participants identified on the Notice of Electronic Filing.

*/s/ Andrew G. Blais*