***UNITED STATES BANKRUPTCY COURT***
***DISTRICT OF RHODE ISLAND***

---

| | |
|---|---|
| In Re: Central Falls Detention Facility Corporation | BK No. 1:26−bk−10628 |
| Debtor(s) | Chapter 11 |

---

***ORDER GRANTING (doc# 278 )***
***Re: Motion for Remote Attendance filed by UMB Bank, N.A. as Bond Trustee***

After consideration of the document(s) and argument(s) presented, it is ordered that the above request (doc. # 278 ) is **granted** .

***So Ordered:***

**/s/ John A. Dorsey, Jr.**
**U.S. Bankruptcy Judge**

Date: **11/19/26**

Entered on Docket: **11/19/26**
Document Number: **279 − 278**

145.jsp

---

***The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100***

***Website: [www.rib.uscourts.gov](www.rib.uscourts.gov)***